471 F.Supp.2d 432 (2007)
Susan ETEVOB et al., Plaintiffs,
v.
THE REPUBLIC OF ARGENTINA and The Province of Buenos Aires, Defendants.
No. 03 Civ. 1680(TPG).
United States District Court, S.D. New York.
January 16, 2007.
*433 Joel A. Chernov, Marc S. Dreier, Drier & Baritz L.L.P., New York, NY, for plaintiffs.
Carmine D. Boccuzzi, JR., Jonathan I. Blackman, Cleary Gottlieb Steen & Hamilton, LLP(NYC), New York, NY, for Republic of Argentina.
Jonathan I. Blackman, Cleary Gottlieb Steen & Hamilton, LLP(NYC), New York, NY, for Province of Buenos Aires.

AMENDED OPINION
GRIESA, District Judge.
Plaintiffs are the beneficial owners of certain bond indebtedness issued by defendants The Republic of Argentina and The Province of Buenos Aires (hereinafter referred to jointly as the "Republic"). The Republic defaulted on such indebtedness in December 2001 during a profound fiscal crisis. Plaintiffs are suing to recover amounts due to them as a result of the. default and have moved for summary judgment.
The motions are granted.

FACTS
The bond indebtedness at issue is governed by one of four agreements: (1) a Fiscal Agency Agreement dated October 19, 1994 (the "1994 FAA"), (2) a Fiscal Agency Agreement dated December 10, 1993 (the "1993 FAA"), (3) a Floating Rate and Bond Exchange Agreement dated December 6, 1992 (the "FRB Agreement"), and (4) an Indenture dated July 8, 1998 (the "1998 Indenture"). The 1994 FAA is the same agreement that governed the bond indebtedness on which this court granted summary judgment to the plaintiffs in Lightwater Corporation Ltd. v. Republic of Argentina, No. 02 Civ. 3804, 2003 WL 1878420 (S.D.N.Y. Apr. 14, 2003). Section 22 of the 1994 FAA, Section 20 of the 1993 FAA, Section 6.07 of the FRB Agreement and Section 113(c) of the Indenture state that the Republic waives sovereign immunity and consents to jurisdiction in any state or federal court in the borough of Manhattan in the City of New York. All four agreements provide that the Republic's obligations on the bonds are unconditional and that failure to make any payment of principal or interest for 30 days after the applicable payment date constitutes an event of default. A declaration by the Republic of a moratorium on the payment of principal or interest on its public external indebtedness is an event of default as well. Paragraph 12 of the 1994 FAA provides for acceleration of principal if there is a failure to pay interest or a moratorium. If either of these events occurs,
each holder of Securities and such Series may by such notice in writing declare the principal amount of Securities of such Series held by it to be due and payable immediately. . . .
The 1993 FAA contains similar language.
*434 The FRB Agreement and the 1998 Indenture both permit acceleration of principal only by holders of at least 25% in aggregate of the outstanding principal amount of the bonds under each agreement.
On December 24, 2001 the Republic declared a moratorium on payments of principal and interest on the external debt of the Republic. The court refers to its previous opinions for a description of the circumstances of these defaults. Lightwater, 2003 WL 1878420, at *2; Applestein v. Province of Buenos Aires, No. 02 Civ. 1773, 2003 WL 1990206, at *1 (S.D.N.Y. Apr. 29, 2003). On June 10, 2003, plaintiffs sent notices to Bankers Trust Company, the Fiscal Agent of The Republic of Argentina, declaring the principal amounts of the debt securities governed by the 1994 FAA and 1993 FAA held by each plaintiff to be immediately due and payable.
The bonds that are the subject of this action are listed hereafter. Also listed are the amounts of the beneficial interests owned by each plaintiff.[1]
The following tables contain the necessary identifying information regarding each plaintiffs beneficial interests in bonds.

Table 1.

-----------------------------------------------------------
Plaintiff Bond Holder or Marland International,
Beneficial Owner: S.A.
-----------------------------------------------------------
Face Value: U.S. $ 45,000.00
-----------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114AZ3;
BB No.: ISIN No. US04114AZ32
-----------------------------------------------------------
Date Of Issuance: December 4, 1998.
-----------------------------------------------------------
Date Of Maturity: December 4, 2005.
-----------------------------------------------------------
Interest Rate/Payable: 11 %
-----------------------------------------------------------
Date Of Purchase: On or about November 14,
 2002.
-----------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-----------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; 1994.
Offering Prospectus;
Certificates, etc.)
-----------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Wachovia Securities
(Account Statements; dated October 31, 2003.
Letters; Notarized
Statements, etc.)
-----------------------------------------------------------

Table 2.

-----------------------------------------------------------
Plaintiff Bond Holder or Marland International,
Beneficial Owner: S.A.
-----------------------------------------------------------
Face Value: U.S. $ 400,000.00
-----------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114AN0;
BB No.: ISIN No. US040114AN02
-----------------------------------------------------------
Date Of Issuance: September 10, 1996.
-----------------------------------------------------------
Date Of Maturity: September 10, 2006.
-----------------------------------------------------------
Interest Rate/Payable: 11 %
-----------------------------------------------------------
Date Of Purchase: On or about November 14,
 2002.
-----------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-----------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; 1994.
Offering Prospectus;
Certificates, etc.)
-----------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Wachovia Securities
(Account. Statements; dated October 31, 2003.
Letters; Notarized
Statements, etc.)
-----------------------------------------------------------

Table 3. *435 

-------------------------------------------------------------------
Plaintiff Bond Holder or Marland International,
Beneficial Owner: S.A.
-------------------------------------------------------------------
Face Value: U.S. $ 250,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114GD6;
BB No.: ISIN No. US040114GD65
-------------------------------------------------------------------
Date Of Issuance: February 21, 2001
-------------------------------------------------------------------
Date Of Maturity: February 21, 2012
-------------------------------------------------------------------
Interest Rate/Payable: 12.375 %
-------------------------------------------------------------------
Date Of Purchase: On or about November 14,
 2002.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; 1994.
Offering Prospectus;
Certificates, etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Wachovia Securities
Account Statements; dated October 31, 2003.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 4.

-------------------------------------------------------------------
Plaintiff Bond Holder or Marland International,
Beneficial Owner: S.A.
-------------------------------------------------------------------
Face Value: U.S. $ 243,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114GA2;
BB No.: ISIN No. US040114GA27
-------------------------------------------------------------------
Date Of Issuance: June 15, 2000
-------------------------------------------------------------------
Date Of Maturity: June 15, 2015
-------------------------------------------------------------------
Interest Rate/Payable: 11.75 %
-------------------------------------------------------------------
Date Of Purchase: On or about November 14,
 2002.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; 1994.
Offering Prospectus;
Certificates, etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Wachovia Securities
Account Statements; dated October 31, 2003.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 5.

-------------------------------------------------------------------
Plaintiff Bond Holder or Marland International,
Beneficial Owner: S.A.
-------------------------------------------------------------------
Face Value: U.S. $ 102,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. P04981CE7R;
BB No.: ISIN No. XS0043120582
-------------------------------------------------------------------
Date Of Issuance: March 31, 1993
-------------------------------------------------------------------
Date Of Maturity: March 29, 2005.
-------------------------------------------------------------------
Interest Rate/Payable: Floating Interest Rate.
-------------------------------------------------------------------
Date Of Purchase: On or about November 14,
 2002.
-------------------------------------------------------------------
Acceleration: N/A.
-------------------------------------------------------------------
Contract Documents: FRB Agreement dated
(FAA; FRB; Indenture; Offering December 6, 1992.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Wachovia Securities
Account Statements; dated October 31, 2003.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 6.

-------------------------------------------------------------------
Plaintiff Bond Holder or Susan Etevob
Beneficial Owner:
-------------------------------------------------------------------
Face Value: U.S. $ 30,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. P040114AV2;
BB No.: ISIN No. US040114AV28
-------------------------------------------------------------------
Date Of Issuance: September 19, 1997.
-------------------------------------------------------------------
Date Of Maturity: September 19, 2027
-------------------------------------------------------------------
Interest Rate/Payable: 9.75 %
-------------------------------------------------------------------
Date Of Purchase: Between January 20, 1998
 and March 20, 2002.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Wachovia Securities
Account Statements; dated October 31, 2003.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 7.

-------------------------------------------------------------------
Plaintiff Bond Holder or Lis Carina Medina
Beneficial Owner:
-------------------------------------------------------------------
Face Value: U.S. $ 51,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. P040114AR1;
BB No.: ISIN No. US040114AR16
-------------------------------------------------------------------
Date Of Issuance: January 30, 1997.
-------------------------------------------------------------------
Date Of Maturity: January 30, 2017
-------------------------------------------------------------------
*436
Interest Rate/Payable: 11.375 %
-------------------------------------------------------------------
Date Of Purchase: Between January 9, 2001
 and October 12, 2001.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Caja de Valores dated
Account Statements; March 31, 2004.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 8.

-------------------------------------------------------------------
Plaintiff Bond Holder or Lis Carina Medina
Beneficial Owner:
-------------------------------------------------------------------
Face Value: U.S. $ 95,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114GF1;
BB No.: ISIN No. US040114GF14
-------------------------------------------------------------------
Date Of Issuance: December 19, 2001.
-------------------------------------------------------------------
Date Of Maturity: December 19, 2008
-------------------------------------------------------------------
Interest Rate/Payable: 7 %
-------------------------------------------------------------------
Date Of Purchase: Between August 9, 2001
 and October 12, 2001.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Wachovia Securities dated
Account Statements; March 31, 2003.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 9.

-------------------------------------------------------------------
Plaintiff Bond Holder or Lis Carina Medina
Beneficial Owner:
-------------------------------------------------------------------
Face Value: U.S. $ 30,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114GG9;
BB No.: ISIN No. US040114GG96
-------------------------------------------------------------------
Date Of Issuance: June 19, 2001.
-------------------------------------------------------------------
Date Of Maturity: June 19, 2018.
-------------------------------------------------------------------
Interest Rate/Payable: 12.25 %
-------------------------------------------------------------------
Date Of Purchase: Between August 9, 2001
 and October 12, 2001.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Wachovia Securities dated
Account Statements; March 31, 2004.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 10.

-------------------------------------------------------------------
Plaintiff Bond Holder or Lis Carina Medina
Beneficial Owner:
-------------------------------------------------------------------
Face Value: U.S. $ 110,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114GH7;
BB No.: ISIN No. US040114GH79
-------------------------------------------------------------------
Date Of Issuance: None given.
-------------------------------------------------------------------
Date Of Maturity: June 19, 2031.
-------------------------------------------------------------------
Interest Rate/Payable: 12 %
-------------------------------------------------------------------
Date Of Purchase: Between August 9, 2001
 and October 12, 2001.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Caja de Valores dated
Account Statements; March 31, 2004.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 11.

-------------------------------------------------------------------
Plaintiff Bond Holder or Juan Jose Rizzo and
Beneficial Owner: Claudia Aurora Sabatini
 Bartra
-------------------------------------------------------------------
Face Value: U.S. $ 60,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. P04981CF4;
BB No.: ISIN No. XS0043120236;
 BB No. 040998AD8
-------------------------------------------------------------------
Date Of Issuance: Not provided.
-------------------------------------------------------------------
Date Of Maturity: March 31, 2005.
-------------------------------------------------------------------
Interest Rate/Payable: Floating Interest Rate.
-------------------------------------------------------------------
Date Of Purchase: On or about May 23, 2000.
-------------------------------------------------------------------
Acceleration: N/A.
-------------------------------------------------------------------
Contract Documents: FAA Agreement dated
(FAA; FRB; Indenture; Offering December 6, 1992.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
*437
Proffered: Citicorp Financial
Account Statements; Services Corporation
Letters; Notarized dated April 30, 2004.
Statements, etc.)
-------------------------------------------------------------------

Table 12.

-------------------------------------------------------------------
Plaintiff Bond Holder or Maria Alejandra Terra
Beneficial Owner: Risso
-------------------------------------------------------------------
Face Value: U.S. $ 220,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114GF1;
BB No.: ISIN No. US040114GF14
-------------------------------------------------------------------
Date Of Issuance: December 19, 2001.
-------------------------------------------------------------------
Date Of Maturity: December 19, 2008
-------------------------------------------------------------------
Interest Rate/Payable: 7 %
-------------------------------------------------------------------
Date Of Purchase: Between August 1 and
 October 30, 2001.
-------------------------------------------------------------------
Acceleration: Notice sent June 10,
 2003.[2]
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Certification from Caja de
Proffered: Valores dated May 17,
Account Statements; 2004.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 13.

-------------------------------------------------------------------
Plaintiff Bond Holder or Golsun, S.A.
Beneficial Owner:
-------------------------------------------------------------------
Face Value: U.S. $ 100,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114AH3;
BB No.: ISIN No. US040114AH34
-------------------------------------------------------------------
Date Of Issuance: December 20, 1993.
-------------------------------------------------------------------
Date Of Maturity: December 20, 2003.
-------------------------------------------------------------------
Interest Rate/Payable: 8.375 %
-------------------------------------------------------------------
Date Of Purchase: On or about November 10,
 2000.
-------------------------------------------------------------------
Acceleration: Notice sent June 10,
 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 10,
(FAA; FRB; Indenture; Offering 1993.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Clariden Bank dated
Account Statements; May 28, 2004.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 14.

-------------------------------------------------------------------
Plaintiff Bond Holder or Golsun, S.A.
Beneficial Owner:
-------------------------------------------------------------------
Face Value: U.S. $ 100,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114AZ3;
BB No.: ISIN No. US04114AZ32
-------------------------------------------------------------------
Date Of Issuance: December 4, 1998.
-------------------------------------------------------------------
Date Of Maturity: December 4, 2005.
-------------------------------------------------------------------
Interest Rate/Payable: 11 %
-------------------------------------------------------------------
Date Of Purchase: On or about November 10,
 2000.
-------------------------------------------------------------------
Acceleration: Notice sent June 10,
 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Clariden Bank dated
Account Statements; May 28, 2004.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 15.

-------------------------------------------------------------------
Plaintiff Bond Holder or Golsun, S.A.
Beneficial Owner:
-------------------------------------------------------------------
Face Value: U.S. $ 50,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114GF1;
BB No.: ISIN No. US04114GF14
-------------------------------------------------------------------
Date Of Issuance: December 19, 2001.
-------------------------------------------------------------------
Date Of Maturity: December 19, 2008.
-------------------------------------------------------------------
Interest Rate/Payable: 7 %
-------------------------------------------------------------------
Date Of Purchase: On or about August 2, 2001.
-------------------------------------------------------------------
Acceleration: Notice sent June 10,
 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
*438
Proffered: Clariden Bank dated
Account Statements; May 28, 2004.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 16.

-------------------------------------------------------------------
Plaintiff Bond Holder or Golsun, S.A.
Beneficial Owner:
-------------------------------------------------------------------
Face Value: U.S. $ 100,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 11942XAA3;
BB No.: ISIN No. US11942XAA37
-------------------------------------------------------------------
Date Of Issuance: March 15, 1999.
-------------------------------------------------------------------
Date Of Maturity: March 15, 2002.
-------------------------------------------------------------------
Interest Rate/Payable: 12.5 %
-------------------------------------------------------------------
Date Of Purchase: On or about June 2000.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: Indenture dated July 8,
(FAA; FRB; Indenture; Offering 1998.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Clariden Bank dated
Account Statements; May 28, 2004.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 17.

-------------------------------------------------------------------
Plaintiff Bond Holder or Golsun, S.A.
Beneficial Owner:
-------------------------------------------------------------------
Face Value: U.S. $ 100,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 11942XAPO;
BB No.: ISIN No. US11942XAP06
-------------------------------------------------------------------
Date Of Issuance: August 1, 2000.
-------------------------------------------------------------------
Date Of Maturity: August 1, 2003.
-------------------------------------------------------------------
Interest Rate/Payable: 12.5 %
-------------------------------------------------------------------
Date Of Purchase: On or about June 2000.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: Indenture dated July 8,
(FAA; FRB; Indenture; Offering 1998.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Clariden Bank dated
Account Statements; May 28, 2004.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 18.

-------------------------------------------------------------------
Plaintiff Bond Holder or Hector Anibal Perez,
Beneficial Owner: Nelida Guarnieri, and Laura Perez
-------------------------------------------------------------------
Face Value: U.S. $ 79,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114BE9;
BB No.: ISIN No. US040114BE93
-------------------------------------------------------------------
Date Of Issuance: April 7, 1999.
-------------------------------------------------------------------
Date Of Maturity: April 7, 2009.
-------------------------------------------------------------------
Interest Rate/Payable: 11.75 %
-------------------------------------------------------------------
Date Of Purchase: On or about October 24,
 2000.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: Indenture dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Letter from Citicorp
Proffered: Financial Servicesd
Account Statements; Corporation dated October
Letters; Notarized 30, 2003.
Statements, etc.)
-------------------------------------------------------------------

Table 19.

-------------------------------------------------------------------
Plaintiff Bond Holder or Juan Alberto Jose and
Beneficial Owner: Patricia G. Dalla Verde
-------------------------------------------------------------------
Face Value: U.S. $ 70,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114AN0;
BB No.: ISIN No. US040114AN02
-------------------------------------------------------------------
Date Of Issuance: September 10, 1996.
-------------------------------------------------------------------
Date Of Maturity: Septebmer 10, 2006.
-------------------------------------------------------------------
Interest Rate/Payable: 11 %
-------------------------------------------------------------------
Date Of Purchase: Between April 20, 1999 and
 April 20, 2000.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Citicorp Financial Services
Account Statements; Corporation dated
Letters; Notarized September 30, 2003.
Statements, etc.)
-------------------------------------------------------------------

Table 20.

-------------------------------------------------------------------
Plaintiff Bond Holder or Juan Alberto Jose and
Beneficial Owner: Patricia G. Dalla Verde
-------------------------------------------------------------------
Face Value: U.S. $ 27,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114AR1;
*439
BB No.: ISIN No. US040114AR16
-------------------------------------------------------------------
Date Of Issuance: January 30, 1997.
-------------------------------------------------------------------
Date Of Maturity: January 30, 2017.
-------------------------------------------------------------------
Interest Rate/Payable: 11.375 %
-------------------------------------------------------------------
Date Of Purchase: Between April 20, 1999 and
 April 20, 2000.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Citicorp Financial Services
Account Statements; Corporation dated
Letters; Notarized September 30, 2003.
Statements, etc.)
-------------------------------------------------------------------

Table 21.

-------------------------------------------------------------------
Plaintiff Bond Holder or Jose Luis Quatrini
Beneficial Owner:
-------------------------------------------------------------------
Face Value: U.S. $ 61,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114AN0;
BB No.: ISIN No. US040114AN02
-------------------------------------------------------------------
Date Of Issuance: September 10, 1996.
-------------------------------------------------------------------
Date Of Maturity: September 10, 2006.
-------------------------------------------------------------------
Interest Rate/Payable: 11 %
-------------------------------------------------------------------
Date Of Purchase: Between April 20, 1999 and
 April 20, 2000.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Citicorp Financial Services
Account Statements; Corporation dated
Letters; Notarized September 31, 2004.
Statements, etc.)
-------------------------------------------------------------------

Table 22.

-------------------------------------------------------------------
Plaintiff Bond Holder or Mario Alberto Ruiz
Beneficial Owner:
-------------------------------------------------------------------
Face Value: U.S. $ 40,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114AR1;
BB No.: ISIN No. US040114AR16
-------------------------------------------------------------------
Date Of Issuance: January 30, 1997.
-------------------------------------------------------------------
Date Of Maturity: January 30, 2017.
-------------------------------------------------------------------
Interest Rate/Payable: 11.375 %
-------------------------------------------------------------------
Date Of Purchase: Between November 27,
 2000 and August 14, 2001.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Caja de Valores dated
Account Statements; December 31, 2003.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 23.

-------------------------------------------------------------------
Plaintiff Bond Holder or Grenfield International
Beneficial Owner:
-------------------------------------------------------------------
Face Value: U.S. $ 100,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114AN0;
BB No.: ISIN No. US040114AN02
-------------------------------------------------------------------
Date Of Issuance: September 10, 1996.
-------------------------------------------------------------------
Date Of Maturity: September 10, 2006.
-------------------------------------------------------------------
Interest Rate/Payable: 11 %
-------------------------------------------------------------------
Date Of Purchase: On or about June 15, 1999.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: HSBC Republic dated
Account Statements; November 4, 2003.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 24.

-------------------------------------------------------------------
Plaintiff Bond Holder or Grenfield International
Beneficial Owner:
-------------------------------------------------------------------
Face Value: U.S. $ 100,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114GD6;
BB No.: ISIN No. US040114GD65
-------------------------------------------------------------------
Date Of Issuance: February 21, 2001
-------------------------------------------------------------------
Date Of Maturity: February 21, 2012
-------------------------------------------------------------------
Interest Rate/Payable: 12.375 %
-------------------------------------------------------------------
Date Of Purchase: On or about June 23,
 2001.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
*440
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: HSBC Republic dated
Account Statements; November 4, 2003.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 25.

-------------------------------------------------------------------
Plaintiff Bond Holder or Farigold Trade S.A.
Beneficial Owner:
-------------------------------------------------------------------
Face Value: U.S. $ 410,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114GF1;
BB No.: ISIN No. US040114GF14
-------------------------------------------------------------------
Date Of Issuance: December 19, 2001.
-------------------------------------------------------------------
Date Of Maturity: February 19, 2008
-------------------------------------------------------------------
Interest Rate/Payable: 7 %
-------------------------------------------------------------------
Date Of Purchase: On or about February 2003.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Wachovia Securities
Account Statements; dated October 31, 2003.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 26.

-------------------------------------------------------------------
Plaintiff Bond Holder or Farigold Trade S.A.
Beneficial Owner:
-------------------------------------------------------------------
Face Value: U.S. $ 190,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114AR1;
BB No.: ISIN No. US040114AR16
-------------------------------------------------------------------
Date Of Issuance: January 30, 1997.
-------------------------------------------------------------------
Date Of Maturity: January 30, 2017
-------------------------------------------------------------------
Interest Rate/Payable: 11.375 %
-------------------------------------------------------------------
Date Of Purchase: On or about February 2003.
-------------------------------------------------------------------
Acceleration: Notice sent June 10,
 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Wachovia Securities
Account Statements; dated October 31, 2003.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 27.

-------------------------------------------------------------------
Plaintiff Bond Holder or Farigold Trade S.A.
Beneficial Owner:
-------------------------------------------------------------------
Face Value: U.S. $ 105,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114AV2;
BB No.: ISIN No. US040114AV28
-------------------------------------------------------------------
Date Of Issuance: September 19, 1997.
-------------------------------------------------------------------
Date Of Maturity: September 19, 2027
-------------------------------------------------------------------
Interest Rate/Payable: 9.75 %
-------------------------------------------------------------------
Date Of Purchase: On or about February 2003.
-------------------------------------------------------------------
Acceleration: Notice sent June 10,
 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Wachovia Securities
Account Statements; dated October 31, 2003.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 28.

-------------------------------------------------------------------
Plaintiff Bond Holder or Claudio Martinez and
Beneficial Owner: Liliana Graciela Doval
-------------------------------------------------------------------
Face Value: U.S. $ 50,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114FC9;
BB No.: ISIN No. US040114FC91
-------------------------------------------------------------------
Date Of Issuance: None given.
-------------------------------------------------------------------
Date Of Maturity: March 15, 2010.
-------------------------------------------------------------------
Interest Rate/Payable: 11.375 %
-------------------------------------------------------------------
Date Of Purchase: On or about January 16,
 2001 and February 13,
 2001.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Letter from Banca
Proffered: Nationale del Lavoro
Account Statements; dated November 17, 2003.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 29.

-------------------------------------------------------------------
*441
Plaintiff Bond Holder or Claudio Martinez and
Beneficial Owner: Liliana Graciela Doval
-------------------------------------------------------------------
Face Value: U.S. $ 48,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114AR1;
BB No.: ISIN No. US040114AR16
-------------------------------------------------------------------
Date Of Issuance: January 30, 1997.
-------------------------------------------------------------------
Date Of Maturity: January 30, 2017.
-------------------------------------------------------------------
Interest Rate/Payable: 11.375 %
-------------------------------------------------------------------
Date Of Purchase: On or about June 12, 2001.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Letter from Banca
Proffered: Nationale del Lavoro
Account Statements; dated November 17, 2003.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 30.

-------------------------------------------------------------------
Plaintiff Bond Holder or Claudio Martinez and
Beneficial Owner: Liliana Graciela Doval
-------------------------------------------------------------------
Face Value: U.S. $ 22,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114GD6;
BB No.: ISIN No. US040114GD65
-------------------------------------------------------------------
Date Of Issuance: February 21, 2001
-------------------------------------------------------------------
Date Of Maturity: February 21, 2012
-------------------------------------------------------------------
Interest Rate/Payable: 12.375 %
-------------------------------------------------------------------
Date Of Purchase: On or about June 6 and
 August 1, 2001.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Letter from Banca
Proffered: Nationale del Lavoro
Account Statements; dated November 17, 2003.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 31.

-------------------------------------------------------------------
Plaintiff Bond Holder or Francisco de Gamboa,
Beneficial Owner: Rafael de Gamboa, Ignacio
 de Gamboa, Javier I de
 Gambo and Cecilia C.
 Peluffo
-------------------------------------------------------------------
Face Value: U.S. $ 1,025,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114AH3;
BB No.: ISIN No. US040114AH34
-------------------------------------------------------------------
Date Of Issuance: December 20, 1993.
-------------------------------------------------------------------
Date Of Maturity: December 20, 2003.
-------------------------------------------------------------------
Interest Rate/Payable: 8.375 %
-------------------------------------------------------------------
Date Of Purchase: Between May 1997 and
 May 2000.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated December 10,
(FAA; FRB; Indenture; Offering 1993.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account confirmations
Proffered: from Banco Bilbao
Account Statements; Vizcaya Argentaria
Letters; Notarized dated November 18, 2003.
Statements, etc.)
-------------------------------------------------------------------

Table 32.

-------------------------------------------------------------------
Plaintiff Bond Holder or Francisco de Gamboa,
Beneficial Owner: Rafael de Gamboa, Ignacio
 de Gamboa, Javier I de
 Gambo and Cecilia C.
 Peluffo
-------------------------------------------------------------------
Face Value: U.S. $ 1,080,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114AN0;
BB No.: ISIN No. US040114AN02
-------------------------------------------------------------------
Date Of Issuance: September 10, 1996.
-------------------------------------------------------------------
Date Of Maturity: September 10, 2006.
-------------------------------------------------------------------
Interest Rate/Payable: 11 %
-------------------------------------------------------------------
Date Of Purchase: Between May 1997 and
 May 2000.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account confirmations
Proffered: from Banco Bilbao
Account Statements; Vizcaya Argentaria
Letters; Notarized dated November 18, 2003.
Statements, etc.)
-------------------------------------------------------------------

Table 33.

-------------------------------------------------------------------
Plaintiff Bond Holder or Francisco de Gamboa,
Beneficial Owner: Rafael de Gamboa, Ignacio
 de Gamboa, Javier I de
 Gambo and Cecilia C.
 Peluffo
-------------------------------------------------------------------
Face Value: U.S. $ 310,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114BE9;
*442
BB No.: ISIN No. US040114BE93
-------------------------------------------------------------------
Date Of Issuance: April 7, 1999.
-------------------------------------------------------------------
Date Of Maturity: April 7, 2009.
-------------------------------------------------------------------
Interest Rate/Payable: 11.75 %
-------------------------------------------------------------------
Date Of Purchase: Between May 1997 and
 May 2000.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account confirmations
Proffered: from Banco Bilbao
Account Statements; Vizcaya Argentaria
Letters; Notarized dated November 18, 2003.
Statements, etc.)
-------------------------------------------------------------------

Table 34.

-------------------------------------------------------------------
Plaintiff Bond Holder or Witkron S.A.
Beneficial Owner:
-------------------------------------------------------------------
Face Value: U.S. $ 355,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. P04981CF4;
BB No.: ISIN No. XS0043120236
-------------------------------------------------------------------
Date Of Issuance: Not provided.
-------------------------------------------------------------------
Date Of Maturity: March 31, 2005.
-------------------------------------------------------------------
Interest Rate/Payable: Floating Interest Rate.
-------------------------------------------------------------------
Date Of Purchase: On or about October 23,
 2000.
-------------------------------------------------------------------
Acceleration: N/A.
-------------------------------------------------------------------
Contract Documents: FAA Agreement dated
(FAA; FRB; Indenture; Offering December 6, 1992.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: BankBoston dated June
Account Statements; 11, 2004.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 35.

-------------------------------------------------------------------
Plaintiff Bond Holder or Silvia Alcira Murillo de
Beneficial Owner: Gebert and Enrique
 Antonio Julio Gebert
-------------------------------------------------------------------
Face Value: U.S. $ 187,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114AC3;
BB No.: ISIN No. US04114AZ32
-------------------------------------------------------------------
Date Of Issuance: December 4, 1998.
-------------------------------------------------------------------
Date Of Maturity: December 4, 2005.
-------------------------------------------------------------------
Interest Rate/Payable: 11 %
-------------------------------------------------------------------
Date Of Purchase: Between October and December
 1999.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: FAA Agreement October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Certification from Caja de
Proffered: Valores dated April 7,
Account Statements; 2004.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 36.

-------------------------------------------------------------------
Plaintiff Bond Holder or Laynel Corporation
Beneficial Owner:
-------------------------------------------------------------------
Face Value: U.S. $ 200,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114BE9;
BB No.: ISIN No. US040114BE93
-------------------------------------------------------------------
Date Of Issuance: April 7, 1999.
-------------------------------------------------------------------
Date Of Maturity: April 7, 2009.
-------------------------------------------------------------------
Interest Rate/Payable: 11.75 %
-------------------------------------------------------------------
Date Of Purchase: Between October and
 November 2001.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Wachovia Securities
Account Statements; dated October 31, 2003.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 37.

-------------------------------------------------------------------
Plaintiff Bond Holder or Laynel Corporation
Beneficial Owner:
-------------------------------------------------------------------
Face Value: U.S. $ 40,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114AZ3;
BB No.: ISIN No. US04114AZ32
-------------------------------------------------------------------
Date Of Issuance: December 4, 1998.
-------------------------------------------------------------------
Date Of Maturity: December 4, 2005.
-------------------------------------------------------------------
Interest Rate/Payable: 11 %
-------------------------------------------------------------------
Date Of Purchase: Between November 2000
 and March 2001.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
*443
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Wachovia Securities
Account Statements; dated October 31, 2003.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

Table 38.

-------------------------------------------------------------------
Plaintiff Bond Holder or Laynel Corporation
Beneficial Owner:
-------------------------------------------------------------------
Face Value: U.S. $ 100,000.00
-------------------------------------------------------------------
CUSIP No., ISIN No., CUSIP No. 040114BC3;
BB No.: ISIN No. US040114BC38
-------------------------------------------------------------------
Date Of Issuance: Not provided.
-------------------------------------------------------------------
Date Of Maturity: February 25, 2019.
-------------------------------------------------------------------
Interest Rate/Payable: 12.125 %
-------------------------------------------------------------------
Date Of Purchase: On or about May 2000.
-------------------------------------------------------------------
Acceleration: Notice sent June 10, 2003.
-------------------------------------------------------------------
Contract Documents: FAA dated October 19,
(FAA; FRB; Indenture; Offering 1994.
Prospectus; Certificates,
etc.)
-------------------------------------------------------------------
Evidence of Ownership Account statement from
Proffered: Wachovia Securities
Account Statements; dated October 31, 2003.
Letters; Notarized
Statements, etc.)
-------------------------------------------------------------------

DISCUSSION
This Court has already granted summary judgment in other cases to plaintiffs seeking to collect on the Republic's defaulted bonds issued under the 1994 FAA, the 1993 FAA, the FRB Agreement and the 1998 Indenture. This has occurred in Lightwater, supra, Applestein, supra, Mazzini v. Republic of Argentina, No. 03 Civ. 8120, 2005 WL 743090, 2005 U.S. Dist. LEXIS 5692 (S.D.N.Y. Mar. 31, 2005), and other cases. Only " certain specific issues need to be discussed in connection with the present motion.
Standing and Proof of Ownership
In the two opinions in Fontana v. Republic of Argentina, 415 F.3d 238 (2d Cir.2005), and Applestein v. Province of Buenos Aires, 415 F.3d 242 (2d Cir.2005), the Second Circuit has held that an owner of a beneficial interest, such as plaintiffs here, must receive authorization from the registered holder of the bond before it may sue, but that such authorization may be granted subsequent to the filing of a lawsuit. Alternatively, the Republic may waive the authorization requirement.
The Republic has agreed to waive objections based on lack of authorization where the court makes a finding of current ownership. See Transcript, March 28, 2006; Cilli v. Republic of Argentina (04 Civ. 6594).
Here, plaintiffs have adequately demonstrated through their account statements that owned the beneficial interests as of various dates in 2003 and 2004. There is no evidence of any change of ownership thereafter.

CONCLUSION
The motions for summary judgment are granted. Judgment will be entered for the principal amount of the bonds plus accrued interest. With respect to the bonds issued under the FRB Agreement and the 1998 Indenture, judgment will be entered for any payments on those bonds that are due and unpaid as of the time of judgment.
The parties shall consult with one another concerning the form of the judgment and the amounts of interest that should be awarded in the judgment. If the parties are unable to reach agreement on those subjects, they shall jointly submit an agreed proposed judgment to the court. If the Republic and any plaintiff are unable to reach agreement on those subjects, that plaintiff shall submit a proposed judgment to the court, and the Republic shall submit any objections to that plaintiffs proposed judgment within five business *444 days thereafter. The court will then resolve any remaining disagreements.
SO ORDERED.
NOTES
[1] The court notes the distinction between bonds and beneficial interests. In some previous opinions, the court has simply referred to the plaintiffs as owners of "bonds," when in fact plaintiffs are technically owners of "beneficial interests in bonds." " The Republic actually issues "a bond" to a depository. The depository, in some form, issues "participations" to brokers, who sell "beneficial interests" to purchasers. These beneficial interests are identified by reference to the underlying bond (CUSIP or ISIN number or both; date of issuance and maturity; rate of interest) and the principal amount of the beneficial interest. This distinction is discussed more fully in Million Air Corp. v. Republic of Argentina, No. 04 Civ. 1048, 2005 WL 2656126, 2005 U.S. Dist. LEXIS 23904 (S.D.N.Y. Oct. 17, 2005).
[2] This beneficial interest was properly accelerated notwithstanding a typographical error in the notice of acceleration.